# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD EUGENE GARNER,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES COX, et al.,<br><br>    Respondents. | Case No. 2:15-cv-02430-JCM-CWH<br><br>**ORDER** |

On April 26, 2016, the court provisionally appointed the Federal Public Defender to represent petitioner, and the court instructed him to notify the court within thirty days whether he would be able to represent petitioner. The court has not received that notice.

IT IS THEREFORE ORDERED that the Federal Public Defender shall have seven (7) days from the date that this order is entered to undertake direct representation of petitioner or to indicate to the court his inability to represent petitioner in these proceedings. If the Federal Public Defender does undertake representation of petitioner, he shall then have sixty (60) days to file an amended petition for a writ of habeas corpus. If the Federal Public Defender is unable to represent petitioner, or if no response to this order is received within the allotted time, then the court shall appoint alternate counsel.

DATED: June 10, 2016.

_____
JAMES C. MAHAN
United States District Judge