# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD EUGENE GARNER,

    Petitioner,

vs.

JAMES COX, et al.,

    Respondents.

Case No. 2:15-cv-02430-JCM-CWH

**ORDER**

    Petitioner has filed a first amended petition for writ of habeas corpus (ECF No. 15). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

    Petitioner has filed an unopposed motion for extension of time (second request) (ECF No. 14), a motion for leave to file exhibit under seal (ECF No. 20), and a motion to partially waive Local Rule IA 10-3(e) (ECF No. 22). The court grants these motions.

    IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition (ECF No. 15). Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply. If respondents file a motion, then the briefing schedule of Local Rule LR 7-2 shall apply.

IT IS FURTHER ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 14) is **GRANTED**.

IT IS FURTHER ORDERED that petitioner's motion for leave to file exhibit under seal (ECF No. 20) is **GRANTED**.

IT IS FURTHER ORDERED that petitioner's motion to partially waive Local Rule IA 10-3(e) (ECF No. 22) is **GRANTED**.

DATED:  December 29, 2016.

_____
JAMES C. MAHAN
United States District Judge