# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD EUGENE GARNER,

    Petitioner,

vs.

JAMES COX, et al.,

    Respondents.

Case No. 2:15-cv-02430-JCM-CWH

**ORDER**

Respondents having filed a motion for extension of time (second request) (ECF No. 27), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (second request) (ECF No. 27) is **GRANTED**. Respondents will have through June 13, 2017, to file and serve an answer or other response to the first amended petition (ECF No. 15).

DATED: May 4, 2017

                                            JAMES C. MAHAN
                                            United States District Judge