# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD EUGENE GARNER,

    Petitioner,

vs.

JAMES COX, et al.,

    Respondents.

Case No. 2:15-cv-02430-JCM-CWH

**ORDER**

Respondents having filed a motion for extension of time (third request) (ECF No. 29), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (third request) (ECF No. 29) is **GRANTED**. Respondents will have through August 28, 2017, to file and serve an answer or other response to the first amended petition (ECF No. 15).

DATED: June 16, 2017.

_____
JAMES C. MAHAN
United States District Judge