# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD EUGENE GARNER,

    Petitioner,

vs.

JAMES COX, et al.,

    Respondents.

Case No. 2:15-cv-02430-JCM-CWH

**ORDER**

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 38), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 38) is **GRANTED**. Petitioner will have through January 26, 2018, to file and serve a response to the motion to dismiss (ECF No. 32).

DATED: January 9, 2018.

                                                                                         JAMES C. MAHAN
                                                                                         United States District Judge