# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD EUGENE GARNER,

    Petitioner,

vs.

JAMES COX, et al.,

    Respondents.

Case No. 2:15-cv-02430-JCM-CWH

**ORDER**

Respondents having filed a motion for extension of time (first request) (ECF No. 41), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (first request) (ECF No. 41) is **GRANTED**. Respondents will have through March 7, 2018, to file and serve a reply to the opposition to motion to dismiss (ECF No. 40).

DATED: February 7, 2018.

_____
JAMES C. MAHAN
United States District Judge