# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD EUGENE GARNER,

    Petitioner,

vs.

JAMES COX, et al.,

    Respondents.

Case No. 2:15-cv-02430-JCM-CWH

**ORDER**

Respondents having filed a motion for extension of time (second request) (ECF No. 43), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (second request) (ECF No. 43) is **GRANTED**. Respondents will have through April 6, 2018, to file and serve a reply to the opposition to motion to dismiss (ECF No. 40).

DATED: March 9, 2018.

JAMES C. MAHAN
United States District Judge