# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD EUGENE GARNER,<br><br>                Petitioner,<br><br>    v.<br><br>TIMOTHY FILSON, et al.,<br><br>                Respondents. | Case No. 2:15-cv-02430-JCM-CWH<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 49), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (first request) (ECF No. 49) is **GRANTED**. Respondents will have through December 17, 2018, to file an answer to the first amended petition (ECF No. 15).

DATED: October 3, 2018.

                                                                                  JAMES C. MAHAN<br>
                                                                                   United States District Judge