# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD EUGENE GARNER, | Case No. 2:15-cv-02430-JCM-CWH |
| Petitioner, | **ORDER** |
| v. | |
| TIMOTHY FILSON, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 51), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (second request) (ECF No. 51) is **GRANTED**. Respondents will have through **February 10, 2019**, to file an answer to the first amended petition (ECF No. 15). No further continuances will be granted.

DATED: January 17, 2019.

JAMES C. MAHAN
United States District Judge

1