# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD EUGENE GARNER, | Case No. 2:15-cv-02430-JCM-CWH |
| Petitioner, | **ORDER** |
| v. | |
| TIMOTHY FILSON, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 55), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 55) is **GRANTED**. Petitioner will have through June 25, 2019, to file a reply to the answer (ECF No. 54).

DATED: May 15, 2019.

JAMES C. MAHAN
United States District Judge

1