# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD EUGENE GARNER, | Case No. 2:15-cv-02430-JCM-CWH |
| Petitioner, | **ORDER** |
| v. | |
| TIMOTHY FILSON, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 57), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 57) is **GRANTED**. Petitioner will have through August 9, 2019, to file a reply to the answer (ECF No. 54).

DATED: July 1, 2019.

JAMES C. MAHAN
United States District Judge