1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11    EDWARD EUGENE GARNER,                 Case No. 2:15-cv-02430-JCM-DJA

12                  Petitioner,              **ORDER**

13           v.

14    TIMOTHY FILSON, et al.,

15                  Respondents.

16

17          Petitioner having filed an unopposed motion for extension of time (third request) (ECF

18    No. 60), and good cause appearing;

19          IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time

20    (third request) (ECF No. 60) is **GRANTED**.  Petitioner will have through September 9, 2019, to

21    file a reply to the answer (ECF No. 54).  No further extensions will be granted.

22          DATED: August 15, 2019.

23                                          _____
                                            JAMES C. MAHAN
24                                          United States District Judge

25

26

27

28

                                              1